1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROXANNE PURDAGONE,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 1:23-cv-01324 NODJ GSA (PC)<br><br>ACKNOWLEDGMENT OF PARTIES' SUBMISSION OF JOINT STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSE TO COMPLAINT PURSUANT TO LOCAL RULE 144(a)<br><br>(ECF No. 10)<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT DUE **JANUARY 18, 2024** |
|---|---|

    On December 18, 2023, the parties filed a joint stipulation extending the period of time for Defendants to respond to Plaintiff's Complaint by twenty-eight days. ECF No. 10. Pursuant to Local Rule 144(a), the parties are permitted to do this without the Court's approval one time as a matter of course. See Local Rule 144(a)

    Given the filed joint stipulation, the Court will order the new due date for Defendants' response to Plaintiff's Complaint to be January 18, 2024. In addition, the Clerk of Court will be directed to remove the gavel from ECF No. 10.

1

Accordingly, IT IS HEREBY ORDERED that:

1. In light of the parties' joint stipulation filed December 18, 2023 (ECF No. 10), the new due date for Defendants' response to Plaintiff's Complaint is **January 18, 2024**, and

2. The Clerk of Court is directed to REMOVE the gavel from ECF No. 10 to indicate that the parties' joint stipulation filing has been addressed by the Court.

IT IS SO ORDERED.

Dated:   **December 19, 2023**                             /s/ Gary S. Austin
                                                                                    UNITED STATES MAGISTRATE JUDGE