UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROXANNE PURDAGONE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER GREG RODRIGUEZ and MICHAEL PALLARES,<br><br>　　　　Defendants. | Case No. 1:23-cv-01324-JLT-HBK (PC)<br><br>ORDER DISCHARGING JULY 31, 2025 SHOW CAUSE ORDER<br><br>(Doc. No. 35) |

　　　On July 31, 2025, the undersigned ordered Plaintiff to show cause why Defendant Officer Rodriguez should not be dismissed under Federal Rule of Civil Procedure 4(m). (Doc. No. 35). On August 14, 2025, Plaintiff filed a return of service indicating Rodriguez had been served on May 28, 2024, not December 11, 2023 as indicated on the docket. (Doc. No. 36).

　　　Accordingly, it is **ORDERED**:

　　　The July 31, 2025 Show Cause Order (Doc. No. 35) is discharged.

Dated:　　September 27, 2025　　　　　　　　　　／s／ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE